Kelly S. Bresso, SBN 256717
FRANK L. KUCERA & ASSOCIATES, P.C.
2490 Mariner Square Loop, Ste 260
Alameda, CA 94501
Phone: (510) 550-6849
Fax: (510) 521-3601

Attorney for DEBTOR

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re<br><br>STEPHANIE DAWN HOLM<br>aka STEPHANIE KILNER<br>        Debtor.<br>_____<br><br>STEPHANIE DAWN HOLM<br>        Plaintiffs,<br>vs.<br><br>BANK OF AMERICA, N.A.<br>        Defendant. | BANKRUPTCY CASE NO.: 18-14338-B-7<br>CHAPTER 7<br><br>ADVERSARY NO.<br>DC No. KSB-2<br><br>COMPLAINT TO DETERMINE THE NATURE, EXTENT AND VALIDITY OF A LIEN AND FOR DECLARATORY RELIEF PURSUANT TO 11 U.S.C. § 524 (a)(1) and FRBP 7001<br><br>(Hearing date to be set by Summons) |

    **COMES NOW** Debtor and Plaintiff STEPHANIE DAWN HOLM respectfully alleges the following:

### GENERAL ALLEGATIONS

    1. This adversary proceeding is brought pursuant to 11 U.S.C. § 524(a)(1) and Federal Rules of Bankruptcy Procedure 7001.

    2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§151, 157 and 1334(b).  Venue is proper pursuant to 28 U.S.C. §1409.

    3. This adversary is a core proceeding as defined in 28 U.S.C. §157 (b)(2)(K) in that it is an action to determine the nature, extent and validity of a judgment lien recorded by Defendant BANK OF AMERICA, N.A. ("Bank of America" or "Defendant") in Kings County,

- 1 -

Complaint to Determine the Nature, Extent and Validity of a Lien and for Declaratory Relief Pursuant To
11 U.S.C. § 524 (A)(1) And FRBP 7001

California. The debt underlying Defendant's judgment lien was discharged in Plaintiff's Chapter 7 case on January 28, 2019. To the extent that this proceeding is determined to be a non-core proceeding, Plaintiff consents to the entry of final orders or judgment by the Bankruptcy Court.

4. This adversary proceeding is brought in connection with Plaintiff's Chapter 7 bankruptcy case filed on October 25, 2018. Plaintiff's obtained her discharge on January 28, 2019.

5. Among the debts scheduled in Debtor's petition and discharged in her bankruptcy case was a debt in the amount of $8,605.54 to Bank of America. Defendant received notice of the filing of the Chapter 7 bankruptcy and the Order of Discharge.

6. Plaintiff is informed and believes and therefore alleges that, on September 15, 2016, Defendant filed a lawsuit against Plaintiff with case number 16CV0589. Judgment was entered against Plaintiff on September 12, 2017 and the judgment was recorded on December 4, 2017 in Kings County, California. A copy of the recorded judgment is attached and incorporated by reference as Exhibit A.

7. At the time of Plaintiff's bankruptcy filing, Plaintiff did not own any property for which the lien could attach, therefore the lien could not be avoided pursuant to 11 U.S.C. §522(f), which requires that the lien fix on an interest of the debtor in property.

**CLAIM FOR RELIEF**
**Declaratory Relief to Determine the Validity of the Defendant's Judgment Lien**
**11 U.S.C. §524(a)(1) and F.R.B.P. 7001(2) and 7001(9)**

8. Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 7, inclusive, as though set forth at length.

9. Plaintiff alleges that the judgment lien recorded in Kings County, Washington is null and void pursuant to 11 U.S.C. §524(a)(1) because the underlying debt was discharged in Plaintiffs' Chapter 7 bankruptcy case on January 28, 2019.

10. Plaintiff is informed and believes and therefore alleges that, while Defendant does not dispute the contentions alleged in Paragraph 10, they will not voluntarily release the judgment lien.

11. An actual controversy exists between Plaintiff and Defendant regarding the validity, nature and extent of the judgment lien recorded on December 4, 2017.

12. It is necessary that this Court declare the actual rights and obligation of the parties and make a determination as to the validity, nature and extent of Defendant's judgment lien.

**WHEREFORE**, Plaintiffs pray for judgment against Defendant as follows:

1. That the Court determines that the judgment lien securing Defendant's debt, which was discharged in Plaintiff's Chapter 7 bankruptcy case is entirely, permanently and for all purposes null and void and unenforceable.

2. That the Court determine that Defendant is permanently enjoined, pursuant to 11 U.S.C. §541(a)(1) from attaching its judgment lien on anyproperty acquired by Plaintiff.

3. For costs of suit incurred herein; and,

4. For such other further relief as the Court deems just and proper.

Dated: <u>January 31, 2019</u>

                                              Respectfully submitted,

                                              /s/ Kelly S. Bresso
                                              Attorney for Debtor

# EXHIBIT A

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:
HUNT & HENRIQUES

AND WHEN RECORDED MAIL TO:

HUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL RD STE 8
SAN JOSE CA 95119



```
DOC NBR: 1721251    12/04/2017  11:14:07 AM
        OFFICIAL RECORDS OF Kings County
              Clerk-Recorder, Kristine Lee
              RECORDING FEE: $28.50
                  COUNTY TAX: $0.00
                    CITY TAX: $0.00

                              DOC TYPE: 01
                              3 PGS
                              R007
HUNT & HENRIQUES
```

*THIS SPACE FOR RECORDERS USE ONLY*

# ABSTRACT OF JUDGEMENT
(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* After recording, return to: |
|---|
| Hunt & Henriques, Attorneys at Law<br>Michael S. Hunt #99804 | Janalie Henriques #111589<br>151 Bernal Road Suite 8, San José CA 95119-1306<br>TEL NO.: (408) 362-2270   FAX NO. *(optional):*<br>E-MAIL ADDRESS *(Optional):* |

[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF KINGS
STREET ADDRESS: 1640 Kings County Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Hanford CA 93230
BRANCH NAME: Hanford Division

PLAINTIFF: BANK OF AMERICA, N.A.

DEFENDANT: STEPHANIE D HOLM

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR RECORDER'S USE ONLY

CASE NUMBER: 16cv0589
LIMITED

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      STEPHANIE D HOLM
      360 MEADOW LN
      LEMOORE CA 93245-2032
   
   b. Driver's license no. [last 4 digits] and state:   [✓] Unknown
   c. Social security no. [last 4 digits]: 1846   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      STEPHANIE D HOLM — 360 MEADOW LN LEMOORE CA 93245-2032

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Bank of America, N.A. % Hunt & Henriques
   151 Bernal Road Suite 8 San José CA 95119-1306

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: November 14, 2017
Michael S. Hunt
(TYPE OR PRINT NAME)

► (SIGNATURE OF APPLICANT OF ATTORNEY)

6. Total amount of judgment as entered or last renewed: $8,605.54
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* September 12, 2017
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL: SUPERIOR COURT KINGS COUNTY STATE OF CALIFORNIA]

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date):*
NOV 20 2017

Clerk, by JEFFREY E. LEWIS
JILLIAN AMARO , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]
DD0001W8

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

1138399.001

| PLAINTIFF: | COURT CASE NO.: |
|---|---|
| DEFENDANT: | |

**NAMES AND ADRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFOMRATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]
DD0001W8

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 2 of 2
1138399.001

END OF DOCUMENT